IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
SALISBURY DIVISION
Civil Action No. 1:06-CV-859

| | | |
|---|---|---|
| JIMMY H. VALLEY, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | COVENANT TRANSPORT, INC.'S |
| v. | ) | MOTION TO COMPEL |
| | ) | PSYCHOLOGICAL EXAMINATION |
| | ) | OF THE PLAINTIFF |
| ANDREW S. PERKINS and | ) | |
| COVENANT TRANSPORT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on defendant Covenant Transport, Inc.'s Motion to Compel Psychological Examination of the Plaintiff. Having considered this Motion, the Court enters the following Order.

**ORDER**

IT IS, THEREFORE, ORDERED that defendant Covenant Transport, Inc.'s Motion to Compel Psychological Examination of the Plaintiff is hereby granted according to the following terms and conditions:

1. Dr. Chartier shall be allowed to conduct a psychological examination of the Plaintiff, consisting of a one-hour interview and administration of the MMPI test, on May 8, 2007 at 10:00 a.m. at the Law Offices of Forman, Rossabi, Black, 3623 North Elm St., Suite 200, in Greensboro, North Carolina.

1

2. Dr. Chartier shall submit his report within five (5) days of the examination, but no later than the May 15, 2007 deadline for submission of expert reports by the Defendants.

This the 7th day of May, 2007.

Wallace W. Dixon
UNITED STATES MAGISTRATE JUDGE